IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Crim. No. 01-30039-HO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOSE PULIDO-VARGAS, | |
| Defendant. | |

After defendant pleaded guilty to illegal re-entry in violation of 8 U.S.C. § 1326, the court sentenced defendant on January 10, 2002, to a 70-month term of imprisonment. Defendant moves to vacate or correct his sentence.

## Discussion

Defendant argues that the court impermissibly enhanced the guideline base offense level by sixteen levels, based on a prior aggravated felony conviction not proved to a jury beyond a

reasonable doubt. The fact of prior conviction may be determined by the court at sentencing. <u>United States v. Quintana-Quintana</u>, 383 F.3d 1052 (9th Cir. 2004).

## Conclusion

Based on the foregoing, defendant's motion to vacate or correct sentence [#54] is denied.

IT IS SO ORDERED.

DATED this 14th day of June, 2005.

Michael C. Hogan
United States District Judge